UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARGARET A. NEYMAN-REESE, | Civil No. 3:17-cv-00436-AA |
| Plaintiff, | ORDER TO PAY EAJA FEES |
| vs., | |
| COMMISSIONER OF SOCIAL SECURITY Defendant. | |

Aiken, Judge:

Following my review of Plaintiff's Motion and supporting documentation, and in consideration of Defendant's stipulation, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 12,281.16 is awarded to Plaintiff in care of his attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $15.00 in postage costs pursuant to 28 U.S.C. § 1920 and $5.00 in photocopying costs pursuant to 28 U.S.C. 1920. Any check issued for EAJA fees or for costs shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 13th day of April, 2018

*Ann Aiken*
UNITED STATES DISTRICT COURT JUDGE, Ann Aiken